THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Andrew Meshach Osimbo, Appellant.
 
 
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

 Unpublished Opinion No. 2010-UP-129
 Submitted January 4, 2010  Filed February
17, 2010  

 AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliot, Senior Assistant Attorney General Norman Mark Rapoport and Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Andrew Meshach Osimbo appeals his guilty pleas to lewd act upon a child and
 assault with intent to commit criminal sexual conduct in the second degree.
 Specifically, he maintains his guilty pleas failed to conform with the mandates
 set forth in Boykin v. Alabama because the plea judge failed to
 adequately inform him of the constitutional rights he waived by entering a
 guilty plea. 395 U.S. 238 (1969). We affirm[1] pursuant to Rule 220(b), SCACR, and State v. McKinney, 278 S.C. 107,
 108, 292 S.E.2d 598, 599 (1982) (holding absent timely objection at plea
 proceeding, unknowing and involuntary nature of guilty plea can be attacked
 
 AFFIRMED.
 WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.